IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM CLEARY,** <br>     **Plaintiff,** <br><br> v. <br><br> **AVATURE, INC.,** <br>     **Defendants.** | **CIVIL ACTION** <br><br><br><br> **NO. 21-2650** |

# O R D E R

**AND NOW**, this 15th day of September, 2021, **IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE.**

The Clerk of the Court is directed to **TERMINATE** this matter.

               **BY THE COURT:**

               /s/Wendy Beetlestone, J.

               **WENDY BEETLESTONE, J.**